No. 10–10651. KHAN *v.* BLAND ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–10824. SAVAGE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–10833. ESSETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10982. BOWNES *v.* REDNOUR, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–10987. DEAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–11004. BARANDA-CUEVAS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–11212. MASCIANDARO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–11224. BYRD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–11262. FOWLER *v.* GEITHNER, SECRETARY OF THE TREASURY. C. A. 4th Cir. Certiorari denied.

No. 11–36. MORTIMER HOWARD TRUST ET AL. *v.* PARK VILLAGE APARTMENT TENANTS ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–107. WHEELER *v.* NEWPORT NEWS SHIPBUILDING & DRY DOCK CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–109. DALLAS, INTERIM SECRETARY, MARYLAND DEPARTMENT OF HUMAN RESOURCES, ET AL. *v.* L. J. ET AL. C. A. 4th Cir. Certiorari denied.

